## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-197-RJC-DCK

| | |
|---|---|
| NEIL PREGOZEN,            )<br>                          )<br>        **Plaintiff,**        )<br>                          )<br>    v.                     )<br>                          )<br>BRIGHTHOUSE LIFE INSURANCE )<br>COMPANY,                   )<br>                          )<br>        **Defendant**.      )<br>                          ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Norris Arden Adams II, concerning Jeffrey S. Goldenberg, on May 17, 2022. Jeffrey S. Goldenberg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Jeffrey S. Goldenberg is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: May 18, 2022

David C. Keesler
United States Magistrate Judge