IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-197-RJC-DCK

| | |
|---|---|
| NEIL PREGOZEN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BRIGHTHOUSE LIFE INSURANCE COMPANY, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 13) on September 6, 2022, notifying the Court that the parties had reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal on or before **October 3, 2022**.

**IT IS FURTHER ORDERED** that in the event that a Stipulation of Dismissal is not filed, Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before **October 7, 2022**.

**SO ORDERED**.

Signed: September 7, 2022

David C. Keesler
United States Magistrate Judge